IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANINE A RUDZINSKI,<br><br>Plaintiff,<br><br>-against-<br><br>JONATHAN L. GLASHOW, MD, PC, LAEL CARTER and JONATHAN L. GLASHOW<br><br>Defendants. | Civil Action No.<br><br><br>**CERTIFICATE OF SERVICE** |

GREGG H. SALKA, hereby certifies as follows:

1. I am an attorney at law of the State of New York and an Associate with the law firm of Fisher & Phillips LLP, counsel for Defendants J.L. Glashow, M.D., P.C. (improperly pled as "Jonathan L. Glashow, MD, PC") (the "Company"), and Jonathan L. Glashow (collectively "The Glashow Defendants"), in this matter. As such, I am familiar with the facts set forth herein.

2. On this date, I caused to be served, via Federal Express, The Glashow Defendants' Notice of Removal with Attachments, Civil Cover Sheet, Rule 7.1 Disclosure Statement and Certification of Service upon:

Gulsah Senol, Esq.
Akin Law Group PLLC
45 Broadway
Suite 1420
New York, NY 10006

Lael Carter
25 Huber Rd
Wappingers Falls, NY 12590

3. On this date, I caused to be filed, via Federal Express, Defendants' Notice of Removal with Attachments, Civil Cover Sheet, Rule 7.1 Disclosure Statement and Certification of Service upon:

> Clerk, Supreme Court of New York
> County of Kings
> 360 Adams Street
> Brooklyn, NY 11201

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

> Respectfully submitted,
>
> /s/ Gregg H. Salka
>
> GREGG H. SALKA
> FISHER & PHILLIPS LLP
> 430 Mountain Avenue, Suite 303
> Murray Hill, NJ 07974
> Telephone: (908) 516-1050
> Facsimile: (908) 516-1051
> Email: gsalka@laborlawyers.com
> Attorneys for The Glashow Defendants

Dated: March 17, 2016