UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANINE A RUDZINSKI,<br><br>          Plaintiff,<br><br>-against-<br><br>JONATHAN L. GLASHOW, MD, PC,<br>LAEL CARTER and JONATHAN L. GLASHOW<br><br>          Defendants. | Civil Action No. 16-1325<br><br>**RULE 7.1 CORPORATE<br>DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Defendant Jonathan L. Glashow, MD, PC, states that no parent corporation or publicly held corporation owns 10% or more of its stock.

          Respectfully submitted,

          FISHER & PHILLIPS LLP
          Attorneys for The Glashow Defendants
          430 Mountain Avenue, Suite 303
          Murray Hill, NJ 07974
          Telephone:  (908) 516-1050
          Facsimile:  (908) 516-1051
          E-mail:  gsalka@laborlawyers.com

          By: _____
                   GREGG H. SALKA

Dated: March 17, 2016