IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANINE A. RUDZINSKI,<br><br>       Plaintiff,<br><br> v.<br><br>JONATHAN L. GLASHOW, MD, PC, LAEL CARTER and JONATHAN L. GLASHOW<br><br>       Defendant. | Civil Action No. 16-cv-01325 (SJ-RER)<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that Joseph I. Marchese, a partner of the law firm Bursor & Fisher, P.A., admitted to the Bar of this Court, hereby appears in this action as counsel of record for Defendant Lael Carter in the above-captioned action.

Dated: New York, New York
   March 22, 2016

                /s Joseph I. Marchese
                Joseph I. Marchese

                **BURSOR & FISHER, P.A.**
                888 Seventh Avenue
                New York, NY  10019
                Telephone: (646) 837-7410
                Facsimile:  (212) 989-9163
                Email:  jmarchese@bursor.com

                *Attorney for Defendant Lael Carter*