FILED
IN CLERK'S
US DISTRICT COURT
★ APR 29 2016
Rec'd 5/5/16
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JANINE A. RUDZINKSI,

             Plaintiff,

             16 CV 1325 (SJ) (RER)

     -against-

             **ORDER**

JONATHAN L. GLASHOW, M.D., P.C.
LAEL CARTER
JONATHAN L. GLASHOW

             Defendants.
----------------------------------------------------------X

**APPEARANCES**

AKIN LAW GROUP, LLC
45 Broadway, Suite 1420
New York, NY 10006
By:   Gulash Senol
*Attorneys for Plaintiff*

FISHER & PHILLIPS LLP
Corporate Park III
430 Mountain Avenue
New Providence, NJ 07974
By:   David Edward Strand
        Gregg H. Salka

BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
By:   Joseph Ignatius Marchese
        Philip Lawrence Fraietta
        Yitzchak Kopel
*Attorneys for Defendants*

JOHNSON, Senior District Judge:

Upon representations in Defense Counsel's letter [16] that all parties consent to remand this case to state court without fees or costs assessed to any party, the Clerk of the Court shall remand the above referenced action to the Supreme Court of Kings County. Any objection shall be filed by Plaintiff within ten days.

SO ORDERED.

Dated: April 29, 2016
Brooklyn, NY

/S/ USDJ STERLING JOHNSON, JR.
Sterling Johnson, Jr., U.S.D.J.

2